IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02266-RPM

ANDREW WALATER and
MARIAN WALTER,

                    Plaintiffs,

v.

UNITED STATES OF AMERICA,

                    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS OR TRANSFER
_____

        Pursuant to the allegations in the amended complaint, filed January 25, 2009, as

permitted by Fed.R.Civ.P. 15(a)(1), it is

        ORDERED that the defendant's motion to dimiss or transfer, filed January 9,

2009, is denied.

        DATED:   January 26th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge