IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02266-RPM

ANDREW WALTER and
MARIAN WALTER,

    Plaintiffs,
v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 31, 2009, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 26, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: February 5th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge