IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02266-RPM

ANDREW WALTER and
MARIAN WALTER,

      Plaintiffs,
v.

UNITED STATES OF AMERICA,

      Defendant.

---

ORDER SETTING TRIAL DATE

---

      Pursuant to the Calendar Call today, it is

      ORDERED that this matter is set for trial to jury on **March 29, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      Dated: October 2nd, 2009

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge