IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02266-RPM

ANDREW WALTER and
MARIAN WALTER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [21] filed on March 25, 2010, it is

ORDERED that this action is dismissed with prejudice.

Dated: March 26th, 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge